# Sheri Craig

**From:** Phillip R <pridings1357@yahoo.com>
**Sent:** Tuesday, September 14, 2021 6:37 PM
**To:** Sheri Craig
**Subject:** Defense Council... No. 5:19 CR 50033-002

**CAUTION - EXTERNAL:**

I tried contacting Jacob White but his email has been closed. I am hoping you can help me with this issue or pass the information on to the appropriate authority.

As my case is over and a judgment has been rendered I have a request to the court at this time.

I am not sure what procedure is involved but I would like to relinquish my role as "Pro Se" and request a Government Defense Attorney to handle my sentencing phase in this process.

Respectfully,

Phillip Ridings

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.