IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                              CASE NO. 19-50033-002

PHILLIP VINCENT RIDINGS                                               DEFENDANT

### ORDER

Plaintiff's Motion to Appoint Counsel (ECF No. 179) was referred to this Court by the Honorable U.S. District Judge Timothy L. Brooks. Plaintiff therein advises he relinquishes his "pro se" role and requests a federal public defender be appointed to handle the sentencing phase following Plaintiff's jury convictions on September 3, 2021. (ECF No. 177). The Court, being well and sufficiently advised, finds as follows:

* Defendant previously qualified for the appointment of counsel and Joe Alfaro of the Federal Public Defender's Office was standby counsel for Defendant during his jury trial conducted on August 23-September 3, 2021. (ECF Nos. 19, 72, 85 & 120).

* "The Sixth Amendment protects a defendant's right to counsel at all critical stages in the criminal justice process." *Fiorito v. United States*, 821 F.3d 999, 1003 (8th Cir. 2016), citing *Maine v. Moulton*, 474 U.S. 159 (1985) (cleaned up). It is settled law that sentencing and allocution are considered to be critical stages in the criminal proceedings at which Defendant is entitled to be represented by counsel. *McClain v. Swenson*, 435 F.2d 327, 332 (8th Cir. 1970), citing *Mempa v. Rhay*, 389 U.S. 128 (1967).

* Defendant no longer wishes to act as his own attorney, and the upcoming sentencing phase of Defendant's case is critical.

  *  Defendant is entitled to legal representation but cannot afford to hire an attorney.

For these reasons, the Court hereby **GRANTS** Plaintiff's Motion to Appoint Counsel (ECF No. 179), amending the status of Mr. Alfaro from standby counsel to appointed counsel of record for Defendant Phillip Vincent Ridings for all further proceedings herein.

DATED this 15th day of September 2021.

        /s/ *Christy Comstock*
        CHRISTY COMSTOCK
        UNITED STATES MAGISTRATE JUDGE